UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| KEELY HILL, MICHAEL PENNEL, JR., AND BLK CAVIAR BULLIES, | :<br>:<br>: |
| Plaintiffs, | : Civil Action No. _____<br>: |
| v. | :<br>: JURY TRIAL DEMANDED |
| KALABRYA HASKINS, | :<br>: |
| Defendant. | :<br>: |

**NOTICE OF VOLUTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismissed their Complaint against the Defendant, Kalabrya Haskins, without prejudice.

Date:   September 27, 2024

/s/ Demetrea Dobson
Demetrea Dobson (Florida Bar No. 90104)
Dobson Law Office, PA
9100 S Dadeland Blvd., Suite 1500
Miami, FL 33156
Email: ddobson@dobsonlawoffice.com
Phone: 305-707-7560
Fax: 786-505-9797
Website: www.dobsonlawoffice.com

/s/ Manotti L. Jenkins
Manotti L. Jenkins
LAW OFFICES OF MANOTTI L. JENKINS, LTD.
161 North Clark Street, Suite 1700
Chicago, Illinois 60601
Telephone:  312-208-9537
Fax:  872-228-8153
Website: www.mljlawoffices.com
*Pro Hac Vice Pending*
Attorneys for the Plaintiffs

1