UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 24-23688-CIV-MARTINEZ**

KEELY HILL, MICHAEL PENNEL, JR.,
and BLK CAVIAR BULLIES,

      Plaintiffs,

vs.

KALABRYA HASKINS,

      Defendant.

_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court upon Plaintiffs' Notice of Voluntary Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), (ECF No. 5).

It is **ADJUDGED** that:

1. This action is **DISMISSED without prejudice**. All parties shall bear their own attorney's fees and costs.

2. This case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of September, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record